FORM B1
(Official Form 1) (9/97)

| UNITED STATES BANKRUPTCY COURT | Northern DISTRICT OF Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>Gipson, Robert | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Gipson, Annie |
|---|---|
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names):<br>Robert E. Gipson | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>XXX-XX-7375 | Soc. Sec./Tax I.D. No. (If more than one, state all):<br>XXX-XX-1584 |
| Street Address of Debtor (No. and street, city, state, zip):<br>9676 S. Crandon Ave.<br>Chicago, IL 60617-4860 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code):<br>9676 S. Crandon Ave.<br>Chicago, IL 60617-4860 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (If different from street address)<br>SAME | Mailing Address of Joint Debtor (If different from street address):<br>SAME |

Location of Principal Assets of Business Debtor   NOT APPLICABLE
(If different from addresses listed above)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue:** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)
■ Individual(s)
☐ Corporation
☐ Partnership
☐ Other
☐ Railroad
☐ Stockbroker
☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7   ☐ Chapter 11   ■ Chapter 13
☐ Chapter 9   ☐ Chapter 12
☐ Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
■ Consumer/Non-business   ☐ Business

**Filing Fee** (Check one box)
■ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

**Chapter 11, Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information (Estimates Only)**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (Check one box)
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 [million] |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts (Check one box)
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 [million] |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/23/2004
Time: 9:10:14
Debtor: ROBERT GIPSON
Case: 04-47154   Fee: 194
Chapter: 13   Rec. #: 3116804
Judge: Bruce Black
341 mtg: 01/20/2005 @ 02:30PM
ConfHrg: 02/15/2005 @ 10:00AM
Trustee: MARILYN MARSHALL
1:04BK47154-BK001



(Official Form 1) (9/97)

| | | FORM B1, Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Robert Gipson | |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Eastern Division (See Attached Pg) Northern District of Illinois | Case Number: 02-11555 | Date Filed: 03/22/2002 |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: A. Benjamin Goldgar |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Robert Gipson_
Signature of Debtor

X _Annie Gipson_
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
Date: 12/16/04

**Signature of Attorney**

X _Jenna L. Knipp_
Signature of Attorney for Debtor(s)
Dennis G. Knipp   ARDC # 1491628
Printed Name of Attorney for Debtor(s)
Dennis G. Knipp
Firm Name
PMB 142, 8926 N. Greenwood Ave.
Address
Niles, IL 60714
847/562-0729
Telephone Number
Date: 12/16/04

**Signature(s) of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition
Date:

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Jenna L. Knipp_  12/16/04
Signature of Attorney for Debtor(s)   Date

| Robert Gipson | SS # XXX-XX-7375 | Chapter 13 |
|---|---|---|
| Annie Gipson | SS # XXX-XX-1584 | |

**Continuation Page**
**Voluntary Petition, Form B1, Page 2**

**Prior Bankruptcy Cases Filed Within Last 6 Years**

**Location**
<u>Where Filed</u>
Chicago
Northern District of Illinois
Eastern Division

| <u>Case #</u> | <u>Judge</u> | <u>Chapter</u> | <u>Date Filed</u> |
|---|---|---|---|
| 00-14573 | The Honorable John D. Schwartz | 7 | 05/15/2000 |
| 02-11555 | The Honorable A. Benjamin Goldgar | 13 | 03/22/2002 |

Form B6 D W (11-95)

In re: Robert Gipson
Annie Gipson

Debtor(s)   Case No. _____ (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # 02CH1365 <br> Bank One Financial Serv., Inc. <br> c/o Pierce & Associates, P.C. <br> 1 North Dearborn, Suite 1300 <br> Chicago, IL 60602 | | J | VALUE $ 0.00 <br> For Notification Purposes <br> First Mortgage on Residence: <br> 9676 S. Crandon Ave. <br> Chicago, IL 60617-4860 | 0.00 | 0.00 | |
| A/C # 2034189 <br> CSC Logic Inc. <br> P.O. Box 741297 <br> Dallas, TX 75374 | | W | VALUE $ 100,000.00 <br> Loan Secured by Debtor's Residence: <br> 9676 S. Crandon Ave. <br> Chicago, IL 60617-4860 | 8,504.30 | 0.00 | |
| A/C # 152578-152578 <br> City of Chicago-Dept. of Water <br> c/o Myron N. Schreiber, Asst.Com <br> 333 South State St. Ste.LL10 <br> Chicago, IL 60604-3979 | | | VALUE $ 100,000.00 <br> Water Service <br> Statutory Lien-Debtor's Residence: <br> 9676 S. Crandon Ave. <br> Chicago, IL 60617-4860 | 704.50 | 0.00 | |
| A/C # 14014354 <br> Franklin Credit Mgmt. Corp. <br> 6 Harrison Street <br> New York, NY 10013 | | J | VALUE $ 100,000.00 <br> First Mortgage on Residence: <br> 9676 S. Crandon Ave. <br> Chicago, IL 60617-4860 | 48,500.00 | 0.00 | |
| A/C # 14014354 <br> Franklin Credit Mgmt. Corp. <br> 6 Harrison Street <br> New York, NY 10013 | | J | VALUE $ 100,000.00 <br> First Mortgage Arrearage on Residence: <br> 9676 S. Crandon Ave. <br> Chicago, IL 60617-4860 | 3,700.21 | 0.00 | |
| A/C # 8417081 <br> Litton Loan Servicing, Inc./ <br> The Chase Manhattan Bank, <br> as Trustee <br> 4828 Loop Central Drive <br> Houston, TX 77081 | | J | VALUE $ 100,000.00 <br> Second Mortgage on Residence: <br> 9676 S. Crandon Ave. <br> Chicago, IL 60617-4860 | 31,000.00 | 0.00 | |
| A/C # 8417081 <br> Litton Loan Servicing, Inc./ <br> The Chase Manhattan Bank, <br> as Trustee <br> 4828 Loop Central Drive <br> Houston, TX 77081 | | J | VALUE $ 100,000.00 <br> Second Mortgage Arrearage on Residence: <br> 9676 S. Crandon Ave. <br> Chicago, IL 60617-4860 | 4,631.67 | 0.00 | |

|  | Subtotal -> (Total of this page) | 97,040.68 |
|---|---|---|
| _____ Continuation Sheets attached. (use only on last page of the completed Schedule D.) | Total -> | 97,040.68 |

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.   (Report total also on Summary of Schedules)

Form B6 E W (Rev 4/98)

In re: Robert Gipson
Annie Gipson
Debtor(s)   Case No. _____ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| | | | Subtotal -> (Total of this page) | | 0.00 | |
| | | | Total -> (use only on last page of the completed Schedule E.) | | | |

__X__ Continuation Sheets attached.

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.    (Report total also on Summary of Schedules)

FORM B6F(Official Form6F) (9/97)

In re: Robert Gipson,     Case No. _____ (if known)
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4121741611568382<br>Capital One Bank<br>P.O. Box 85167<br>Richmond, VA 23285 | | W | Credit Card | | | | 1,067.64 |
| ACCOUNT NO. 5178052350894750<br>Capital One Services<br>P.O. Box 85167<br>Richmond, VA 23276-0001 | | W | Credit Card | | | | 479.65 |
| ACCOUNT NO. 85336-91000<br>ComEd Co.<br>Attn:Bankruptcy Section/ System Credit<br>2100 Swift Road<br>Oakbrook, IL 60523 | | | Electric Service | | | | 1,484.17 |
| ACCOUNT NO. 5407915004241706<br>Household Bank<br>Household Credit Services<br>P.O. Box 80084<br>Salinas, CA 93912-0084 | | W | Credit Card | | | | 372.29 |
| ACCOUNT NO. 5488975006964921<br>Household Bank<br>Household Credit Services<br>P.O. Box 80084<br>Salinas, CA 93912-0084 | | H | Credit Card | | | | 355.96 |

Subtotal $ 3,759.71

Total $ _____

__X__ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

In re: <u>Robert Gipson</u>                                    ,         Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7737683821959<br>SBC Corporation<br>Bankruptcy Department<br>P.O. Box 769<br>Arlington, TX 76004-0769 | | W | Telephone Service | | | | 272.48 |
| ACCOUNT NO. 7737683821959<br>SBC Corporation<br>c/o Encore Receivable Mgmt.<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | | | For Notification Purposes<br>Debt Collection<br>Telephone Service | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | Subtotal $ | 272.48 |
| | | | | | | Total $ | 4,032.19 |

_____ continuation sheets attached.         (Use only on last page of completed Schedule F.)

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

**UNITED STATES BANKRUPTCY COURT**     Northern **DISTRICT OF** Illinois

In re: Robert Gipson / Annie Gipson     Debtor(s)     Case No.     (if known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this Case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in comtemplation of and in connection with this case     $ 2,200.00
   (b) prior to filing this statement, debtor(s) have paid     $ 500.00
   (c) the unpaid balance due and payable is     $ 1,700.00

(3) $ 194.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   No Exceptions

(6) The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   No Exceptions

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:
   No Exceptions

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   No Exceptions

Dated: 12/16/04     Respectfully submitted, Dennis G. Knipp     Attorney for Petitioner

Attorney's name and address Dennis G. Knipp PMB 142, 8926 N. Greenwood Ave., Niles, IL 60714

JO92Clerk's Notice.W(4-96)   Blumberg Excelsior, Publisher-NYC-10913

# United States Bankruptcy Court
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law, Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

X *Annie Gipson*
X *Robert Gipson*

12/16/04

DATE    Robert Gipson  SIGNATURE OF DEBTOR    CASE NUMBER

Robert Gipson - Debtor
9676 S. Crandon Ave.
Chicago, IL 60617-4860

Franklin Credit Mgmt. Corp.
6 Harrison Street
New York, NY 10013

Dennis G. Knipp
Attorney for Debtor
PMB 142, 8926 N. Greenwood Ave.
Niles, IL 60714

Household Bank
Household Credit Services
P.O. Box 80084
Salinas, CA 93912-0084

Bank One Financial Serv., Inc.
c/o Pierce & Associates, P.C.
1 North Dearborn, Suite 1300
Chicago, IL 60602

Household Bank
Household Credit Services
P.O. Box 80084
Salinas, CA 93912-0084

CSC Logic Inc.
P.O. Box 741297
Dallas, TX 75374

Litton Loan Servicing, Inc./
The Chase Manhattan Bank,
as Trustee
4828 Loop Central Drive
Houston, TX 77081

Capital One Bank
P.O. Box 85167
Richmond, VA 23285

Litton Loan Servicing, Inc./
The Chase Manhattan Bank,
as Trustee
4828 Loop Central Drive
Houston, TX 77081

Capital One Services
P.O. Box 85167
Richmond, VA 23276-0001

SBC Corporation
Bankruptcy Department
P.O. Box 769
Arlington, TX 76004-0769

City of Chicago-Dept. of Water
c/o Myron N. Schreiber, Asst. Com
333 South State St. Ste. LL10
Chicago, IL 60604-3979

SBC Corporation
c/o Encore Receivable Mgmt.
P.O. Box 3330
Olathe, KS 66063-3330

ComEd Co.
Attn: Bankruptcy Section/
System Credit
2100 Swift Road
Oakbrook, IL 60523

Franklin Credit Mgmt. Corp.
6 Harrison Street
New York, NY 10013